1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOX LLC, a California limited liability company, | Case No. 2:21-cv-01609-PA-SK |
| | Hon. Percy Anderson |
| Plaintiff / Counterdefendant | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| JOHN ZOX, an individual, DANIEL ZOX, an individual, and ANDREW ZOX, an individual, and DOES 1-10, inclusive, | Final Pretrial Conf.: Feb. 4, 2022<br>Jury Trial: March 8, 2022 |
| Defendants / Counterclaimants | |
| JOHN ZOX, an individual, DANIEL ZOX, an individual, and ANDREW ZOX, | |
| Third-Party Plaintiffs, | |
| v. | |
| JASON KUIPERS, an individual, BRANDON KUIPERS, an individual, and JORDAN KUIPERS, an | |

1 | individual
2 |     Third-Party Defendants

This Court, having read and considered Defendants John Zox, Daniel Zox, and Andrew Zox's Motion for Partial Summary Judgment, papers in support of the motion, the papers filed by Plaintiff in opposition to the Motion, the argument of counsel at the hearing on the Motion, and good cause appearing therefor, hereby **GRANTS** the motion, enters Judgment against the Kuipers on all of their claims against Daniel and Andrew Zox, and **ORDERS** as follows:

(1) John Zox is the senior user of the ZOX mark and has priority as to music-related goods and services; (2) Daniel and Andrew Zox have trademark priority in the ZOX mark for the production and distribution of short films, movies, documentaries, music videos, and the like; (3) Daniel and Andrew Zox's use of the ZOX mark and the '843 Registration do not infringe the Kuipers' asserted trademarks; and (4) all of the Kuipers' claims against Daniel and Andrew Zox are barred by the doctrine of laches.

**IT IS SO ORDERED.**

Dated: _____      _____
                             Hon. Percy Anderson
                             United States District Judge