1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZOX LLC,<br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>JOHN ZOX, et al.,<br>Defendants/Counterclaimant/Third Party Plaintiffs,<br><br>v.<br><br>JASON KUIPERS, an individual, BRANDON KUIPERS, an individual and JORDAN KUIPERS, an individual, Third Party Defendants. | Case No.: 2:21-cv-01609-PA-SK<br><br>Judge Percy Anderson<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF/COUNTER-DEFENDANT ZOX LLC'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' COUNTERCLAIMS**<br><br>**Complaint Filed: February 22, 2021**<br>**Hearing Date: January 10, 2022**<br>**Trial Date: March 8, 2022** |

This Court, having read and considered Plaintiff Zox, LLC's Motion for Partial Summary Judgment, papers in support of the motion, the papers filed by Defendants/Counterclaimants in opposition to the Motion, the argument of counsel at the hearing on the Motion, and good cause appearing therefor, hereby GRANTS the motion, enters Judgment against Defendants on all of their counterclaims against Zox, LLC, and ORDERS as follows:

1. Counterclaims 1-10 (Trademark Infringement Claims, Unfair Competition Claims, Trademark Registration-Related Claims, and Rights of Publicity Claims) are barred by laches;
2. Counterclaim 2 (Cancellation for Non-Use) fails on the grounds of Zox LLC's undisputed evidence of commercial trademark use;
3. Counterclaims 3 (Cancellation for Fraud), 4 (Rectify the Trademark Register), and 10 (Declaratory Judgment of Invalid Assignment) fail on the grounds Zox Brothers have no evidence sufficient to support a finding of any false representation or any intent to deceive;
4. Counterclaims 5 (California Unfair Competition), 7 (Deprivation of California Rights of Publicity) and 8 (Violation of Common Law Rights of Publicity) are preempted by the Lanham Act, are barred by the applicable statutes of limitations, and fail on the grounds Zox Brothers have no evidence sufficient to support a finding that Zox LLC ever used John Zox's full name;
5. The Court should decline to exercise jurisdiction over Counterclaim 9 (for a Judicial Declaration of Non-Infringement); and
6. Any damages arising from Zox Brothers' Counterclaims are limited to violations that occurred within the State-equivalent statutes of limitations periods.

IT IS SO ORDERED.

Dated: December ___, 2021          By: _____
                                         United States District Court Judge

Presented by:

CISLO & THOMAS LLP

/s/Kelly W. Cunningham
Daniel M. Cislo, Esq.
Katherine M. Bond, Esq.
David B. Sandelands, Esq.
Kelly W. Cunningham, Esq.

Attorneys for Plaintiff and
Counter-Defendant / Third-Party Defendants

T:\21-43273\Zox LLC's motion for summary judgment - order.docx

**PROOF OF SERVICE**

I am over the age of eighteen (18) years, employed in the County of Los Angeles, and not a party to the above-entitled action. My business address is 12100 Wilshire Blvd., Suite 1700, Los Angeles, CA 90025-7103.

On Monday, December 13, 2021, I served the foregoing document, entitled,

**[PROPOSED] ORDER GRANTING PLAINTIFF/COUNTER-DEFENDANT ZOX LLC'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' COUNTERCLAIMS**

to be sent by ECF electronic mail to the following:

Michael K. Friedland, Esq.
Lauren Keller Katzenellenbogen, Esq.
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
michael.friedland@knobbe.com
lauren.keller@knobbe.com

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on Monday, December 13, 2021, at Westlake Village, California.

/s/Laura Banuelos
Laura Banuelos