1  Michael K. Friedland (SBN 157,217)
   Michael.Friedland@knobbe.com
2  Lauren Keller Katzenellenbogen (SBN 223,370)
3  Lauren.Keller@knobbe.com
   KNOBBE, MARTENS, OLSON & BEAR, LLP
4  2040 Main Street, 14th Floor
5  Irvine, CA  92614
   Phone: (949) 760-0404    Fax: (949) 760-9502
6
7  Attorneys for Defendants
   John Zox, Daniel Zox, and Andrew Zox
8

9                UNITED STATES DISTRICT COURT
10                CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOX LLC, a California limited liability company,<br><br>       Plaintiff / Counterdefendant<br><br>v.<br><br>JOHN ZOX, an individual, DANIEL ZOX, an individual, and ANDREW ZOX, an individual, and DOES 1-10, inclusive,<br>       Defendants / Counterclaimants<br><br>JOHN ZOX, an individual, DANIEL ZOX, an individual, and ANDREW ZOX,<br>       Third-Party Plaintiffs,<br><br>v.<br><br>JASON KUIPERS, an individual, BRANDON KUIPERS, an individual, and JORDAN KUIPERS, an individual<br>       Third-Party Defendants | Case No. 2:21-cv-01609-PA-SK<br><br>Hon. Percy Anderson<br><br>**DEFENDANTS' EVIDENTIARY OBJECTIONS TO PLAINTIFF'S STATEMENT OF GENUINE ISSUES IN PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Motion Date:     January 10, 2022<br>Time:            1:30 p.m.<br>Location:        Ctrm. 9A<br><br>Final Pretrial Conf.: Feb. 4, 2022<br>Jury Trial: March 8, 2022<br>**Proposed Trial Date: April 19, 2022** |

Pursuant to the Court's June 2, 2021 Civil Trial Scheduling Order, ¶ 5, Defendants John Zox, Daniel Zox, and Andrew Zox (collectively "Zox Brothers") submit the following evidentiary objections to the Plaintiff's Statement of Uncontroverted Facts in Support of its Motion for Partial Summary Judgment.

## EVIDENTIARY OBJECTIONS TO PLAINTIFF ZOX LLC'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
### (Dkt. 70-1)

**Separate Statement Paragraph 53**: Objection to the statement in its entirety. The Kuipers attempt to support to that statement by citing to paragraphs 7-31 of the Declaration of Jason Kuipers. However, no portion of these paragraphs of Mr. Kuipers' declaration relates to, or even mentions, whether Zox LLC has used ZOX to refer to John Zox or his name or likeness. Accordingly, no evidence supports the statement.

**Separate Statement Paragraph 54**: Objection to the supporting declaration of Jason Kuipers at paragraph 35 on the grounds that Mr. Kuipers' reliance on and references to internet articles and interviews to prove that the ZOX band broke up is hearsay not falling within any exception. Further, Mr. Kuipers lacks personal knowledge regarding the activities of the ZOX band. Fed. R. Evid. 602, 801, 802.

**Separate Statement Paragraph 55**: Objection to the underlined portion of the statement that the "Zox band claims that, while it was active, it sold t-shirts with various designs comprising 'ZOX' on the front, <u>but such use is ornamental in nature, not being used as a source identifier</u>." The Kuipers attempt to support to that statement by citing to paragraph 38 of the Declaration

of Jason Kuipers. However, no portion of paragraph 38 of Mr. Kuipers' declaration relates to, or even mentions, whether the ZOX designs on t-shirts were ornamental or being used as a source identifier. Accordingly, no evidence supports the statement.

**Separate Statement Paragraph 56**: Objection to the supporting declaration of Jason Kuipers at paragraph 35 on the grounds that Mr. Kuipers' reliance on and references to internet articles and interviews to prove that the ZOX band broke up and that the band has not performed anywhere live since 2014 is hearsay not falling within any exception. Further, Mr. Kuipers lacks personal knowledge regarding the activities of the ZOX band. Fed. R. Evid. 602, 801, 802.

**Separate Statement Paragraph 59**: Objection to the supporting declaration of Jason Kuipers at paragraph 38 on the grounds that Mr. Kuipers' lacks personal knowledge regarding the relationship between the ZOX band and SideOneDummy Records. Fed. R. Evid. 602.

**Separate Statement Paragraph 64**: Objection to the statement in its entirety. The Kuipers attempt to support to that statement by citing to paragraph 43 of the Declaration of Jason Kuipers. However, no portion of paragraph 43 of Mr. Kuipers' declaration relates to, or even mentions, the existence of any agreements among the Zox Brothers and their use of the ZOX mark. The paragraph relates to an entirely different topic. Accordingly, no evidence supports the statement.

**Separate Statement Paragraphs 72-77**: Objection to the statements in their entirety. The Kuipers attempt to support each of statements 72-77 by

citing to paragraphs 74-76 of the Declaration of Jason Kuipers.  Mr. Kuipers' declaration, however, does not contain any paragraphs 74-76.  Accordingly, no evidence supports these statements.

Respectfully submitted,

Dated: December 27, 2021

By: /s/ Lauren Keller Katzenellenbogen
Michael K. Friedland
michael.friedland@knobbe.com
Lauren Keller Katzenellenbogen
lauren.katzenellenbogen@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main St., 14th Fl.
Irvine, CA 92614
(949) 760-0404

Attorneys for Defendants
John Zox, Daniel Zox, and Andrew Zox

54823294