Michael K. Friedland (SBN 157,217)
Michael.Friedland@knobbe.com
Lauren Keller Katzenellenbogen (SBN 223,370)
Lauren.Keller@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Phone: (949) 760-0404   Fax: (949) 760-9502

Attorneys for Defendants
John Zox, Daniel Zox, and Andrew Zox

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOX LLC, a California limited liability company,<br>    Plaintiff / Counterdefendant<br><br>v.<br><br>JOHN ZOX, an individual, DANIEL ZOX, an individual, and ANDREW ZOX, an individual, and DOES 1-10, inclusive,<br>    Defendants / Counterclaimants<br><br>JOHN ZOX, an individual, DANIEL ZOX, an individual, and ANDREW ZOX,<br>    Third-Party Plaintiffs,<br><br>v.<br><br>JASON KUIPERS, an individual, BRANDON KUIPERS, an individual, and JORDAN KUIPERS, an individual<br>    Third-Party Defendants | Case No. 2:21-cv-01609-PA-SK<br><br>Hon. Percy Anderson<br><br>**DECLARATION OF JOHN ZOX IN SUPPORT OF DEFENDANTS' STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT REGARDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br>Motion Date:    January 10, 2022<br>Time:    1:30 p.m.<br>Location:    Ctrm. 9A<br>Final Pretrial Conf.: Feb. 4, 2022<br>Jury Trial: March 8, 2022 |

I, John Zox, hereby declare:

1. I am a party to the above-captioned action. I have personal knowledge of the matters set forth in this Declaration and, if called upon as a witness, I would and could testify competently thereto.

2. I am one of the founding members of the indie band ZOX, which began playing live performances in 1998.

3. Since 2001, ZOX has released four full-length albums, four EP albums, and eight singles.

4. From 1998 to 2009, ZOX had an extremely busy live performance schedule. From 1998 to until mid-2002, we played 50-100 shows annually. From mid-2002 through 2009, we had a grueling tour schedule, performing approximately 225 shows per year.

5. ZOX has opened for, or toured with, bands such as The Black Eyed Peas, O.A.R., Rusted Root, Common, OK GO, The Roots, Everclear, Dispatch, Live, and Guster. Id. ZOX music has been featured on television shows including The Real World, Road Rules, and America's Next Top Model, as well as in film and video.

6. From 2009 until 2014, the band continued to perform concerts and performed together live once in 2016. Since at least 2003, ZOX has sold and licensed its music and video recordings on media including CDs, DVDs, digital files, and through streaming platforms. ZOX audio and video recordings are available on, among others, YouTube, Pandora, Spotify, Amazon Music, Tidal, Shazam, and Apple Music. One example can be seen at: https://www.youtube.com/watch?v=LejEjFxiRUQ. The music is currently streamed more than one million times annually. Although the band has not toured in some time, it has not broken up. A large concert appearance had been planned for 2020 in connection with a celebration for a large brewery. The concert was

1  postponed because of the pandemic. We had planned other concerts during the period 2015-2019 that were cancelled because of deaths, births, and surgeries.

7. ZOX has also continuously used the ZOX mark on websites and social media to promote the sale of its music. In August 2002, I created the website www.zoxband.com, which includes information about the band and links to download and purchase ZOX music.

8. I have also used the ZOX Facebook page to promote the band's audio and video recordings since at least November 2007.

9. Both the ZOX website and ZOX Facebook page continue to promote ZOX music today, including ZOX's latest album, "Lost and Found: B-Sides," released on January 11, 2021.

10. Since 1998, I have continuously sold a great variety of goods and services, including ZOX clothing, t-shirts, stickers, and other merchandise, as well as media and on-line music, at concerts and over the internet, samples of which are shown in the photographs below, which accurately depict products actually sold by ZOX over the years. As shown in the samples of our merchandise below, the ZOX logos are not merely ornamentation on the items. We used the ZOX mark consistently across all of the products to identify the ZOX band as the source of the products.



John Zox Decl.





11. As of 2011, the band ZOX and its music was among the top results for Google searches for "ZOX" and the band and its music had multiple results on the first page.

12. Beginning in 2013, I began receiving texts and emails from fans asking about Zox Straps. The communications only mentioned wristbands and bracelets, and not clothing. Neither I nor my brothers were aware of sales of

John Zox Decl.

clothing by the Kuipers at that time. We were not at that time concerned because wristbands and bracelets were far removed from our musical and film endeavors and the vast majority of our merchandising.

13. Over the years, I visited the Kuipers' website. Through my visits, I am certain that I never saw any articles of clothing offered for sale on the Kuipers' website earlier than 2016.

14. In March 2016, my brothers and I filed for the mark ZOX in connection with various goods and services including Andrew and Daniel Zox's film production businesses, my music business, and my clothing and accessories. The PTO issued an office action refusing the application in view of a trademark registration owned by the Kuipers. This was the first time that any of us learned that the Kuipers had any interest in clothing. (None of the Zox Brothers learned that the Kuipers were actually offering clothing for sale until 2019 or 2020.) I then called Jason Kuipers to discuss reaching an agreement by which the Kuipers could consent to the registration of the Zox Brothers' trademark application. Mr. Kuipers would not agree to do so. During the conversation, he admitted to me that he had been aware of the Zox band.

15. Neither I nor my brothers had any knowledge of the Kuipers' claimed entertainment services before 2020.

16. The Kuipers, in their petition to cancel the trademark ZOX owned by Zox International, alleged that the trademark was invalid because it had been abandoned and not all of the goods identified in the application had been used.

17. Neither I, nor my brothers, were ever aware of any use of the mark ZOX by Zox International or any other third party in connection with apparel, accessories, music, film, performance, or entertainment.

18. Since litigation began with the Kuipers in 2020, I have regularly monitored the Kuipers' website. From early 2020 until the Kuipers filed the instant motion for summary judgment, all shirts, athletic apparel, and backpacks

were listed as unavailable or not listed at all on the Kuipers website. It was only at the time of the filing of the motion that the items appeared available for sale on the website.

19.   No money in any amount is owed to SideOneDummy Records. As is common in the music industry, SideOneDummy advanced funds for some production and promotion costs. The amount of the funds that were advanced was tracked, and SideOneDummy was allowed to recoup those advanced funds from future royalties. That amount, however, was not any way a debt, amount owing, or other obligation from the ZOX band to SideOneDummy. Moreover, the recoupment no longer exists.

20.   I did purchase a number of ZOX items on Zazzle for quality control and in order to have physical samples in connection with the release of our new album. Other people, of course, also purchased ZOX items on Zazzle in that period. Our sales through Zazzle would have been much higher in 2020 if we had not been prevented from performing because of the pandemic. Indeed, our sales increased in 2021 following the release of our new album, and third parties have ordered the majority of our products from Zazzle since then.

21.   In addition to using my name, Zox, the Kuipers have consistently used words, phrases, logos, and images that imply a relationship to me and my music. The Kuipers have referred to their products as Zox Bands—creating an association with my ZOX band, which has used the website www.zoxband.com since 2003. They have referred to some of their products as "singles," a term primarily associated with the music industry. Many of the images on the Kuipers' website resemble music album covers, and one photograph on their website appears to mimic one of my publicity photos. A true and correct copy of my publicity photo along with a true and correct copy of a photograph from the plaintiff's website is attached hereto as Exhibit 1. In addition, one of their logos is strikingly similar to one of the logos that has long been used by my band.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 27, 2021 at New York, New York.

By: _____
John Zox

s



2007 ZOX BAND Press Photo



2013 ZOX.LA Straps "ABOUT" Photo

**EXHIBIT 1**
**Page 7**