DANIEL M. CISLO (SBN 125378)
dan@cislo.com
KATHERINE M. BOND (SBN 263020)
kbond@cislo.com
DAVID B. SANDELANDS (SBN 198252)
dsandelands@cislo.com
KELLY W. CUNNINGHAM (SBN 186229)
kcunningham@cislo.com
CISLO & THOMAS LLP
12100 Wilshire Blvd., Ste. 1700
Los Angeles, CA 90025
Telephone: (310) 979-9190

Attorneys for Plaintiff/Counterclaim-
Defendant/Third Party Defendants
ZOX LLC, JASON KUIPERS,
BRANDON KUIPERS, JORDAN KUIPERS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ZOX LLC,<br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>JOHN ZOX, et al.,<br>Defendants/Counterclaimant/Third Party Plaintiffs,<br><br>v.<br><br>JASON KUIPERS, an individual, BRANDON KUIPERS, an individual and JORDAN KUIPERS, an individual, Third Party Defendants. | Case No.: 2:21-cv-01609-PA-SK<br><br>Judge Percy Anderson<br><br>**PLAINTIFF ZOX LLC'S RESPONSES TO DEFENDANTS' DISPUTES AND EVIDENTIARY OBJECTIONS TO ZOX LLC'S UNCONTROVERTED FACTS, ZOX LLC'S EVIDENTIARY OBJECTIONS AND RESPONSES TO DEFENDANTS' STATEMENT OF ADDITIONAL MATERIAL FACTS, AND ZOX LLC'S ADDITIONAL UNCONTROVERTED FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing Date: January 10, 2022**<br>**Pretrial Conference: February 4, 2022**<br>**Trial Date: March 8, 2022** |

Plaintiff and Counterclaim Defendant Zox LLC ("Zox LLC") hereby submits the following (1) responses to Defendants' John Zox, Daniel Zox, and Andrew Zox's (collectively, "the Zox Brothers") disputes and evidentiary objections to Zox LLC's initial uncontroverted facts, (2) responses to Defendants' Statement of Additional Material Facts, and (3) Zox LLC's Additional Uncontroverted Facts.

## I.   Zox LLC's Responses to Defendants' Statement of Genuine Disputes and Evidentiary Objections

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
| --- | --- |
| 3.  The ZOX STRAPS name is adopted because the elastic used to make the bracelets was the same elastic used for jock straps- the Kuipers' father made the suggestion. | **Zox LLC's Supporting Evidence**: Kuipers Decl., ¶ 4.<br><br>**Defendants' Dispute**: "The Zox Brothers dispute the implication that the Kuipers adopted the ZOX STRAPS mark without knowledge of the Zox Brothers. Jason Kuipers admitted that he was familiar with the Zox band. As of 2011, the band ZOX was among the top results for Google searches for "ZOX," and the band and its music had multiple results on the first page."<br><br>**Defendants' Cited Evidence**: "J. Zox Decl., ¶¶ 11, 14" |

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
| | **Zox LLC's Objections:** Objection, J. Zox's ¶ 11 is not best evidence (Fed. R. Evid. 1002) and is hearsay for which no exception apples (Fed. R. Evid. 801); J. Zox's ¶ 14 is irrelevant to the fact being alleged.<br><br>**Zox LLC's Substantive Response:** Jason Kuipers admitted to and continues to admit to first learning of the Zox band in or about 2014, which was long after he had adopted the ZOX mark for wristbands and shirts, etc.  (12/13/2021 Kuipers Decl., ¶ 5). |
| 4.     Ultimately, the family thought the ZOX STRAPS name was funny and adopted it. | **Zox LLC's Supporting Evidence**: Kuipers Decl., ¶ 4.<br><br>**Defendants' Dispute**: "The Zox Brothers dispute the implication that the Kuipers adopted the ZOX STRAPS mark without knowledge of the Zox Brothers. Jason Kuipers admitted that he was familiar with the Zox band. As of 2011, the band ZOX was among the top results for Google searches for "ZOX," and the band and its |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

CISLO & THOMAS LLP
*Attorneys at Law*
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
| | music had multiple results on the first page." |
| | **Defendants' Cited Evidence**: "J. Zox Decl., ¶¶ 11, 14." |
| | **Zox LLC's Objections:** Same objections as in response to UF No. 3, *supra*. |
| | **Zox LLC's Substantive Response:** Same response in relation to UF No. 3, *supra*. |
| 5.  At the time the three founders adopted "ZOX STRAPS" none of them are aware of a band called "ZOX". | **Zox LLC's Supporting Evidence**: Kuipers Decl., ¶ 5.<br><br>**Defendants' Dispute**: "The Zox Brothers dispute the implication that the Kuipers adopted the ZOX STRAPS mark without knowledge of the Zox Brothers. Jason Kuipers admitted that he was familiar with the Zox band. As of 2011, the band ZOX was among the top results for Google searches for "ZOX," and the band and its music had multiple results on the first page." |

-3-

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
| | **Defendants' Cited Evidence**: "J. Zox Decl., ¶¶ 11, 14."<br><br>**Zox LLC's Objections:** Same objections as in response to UF No. 3, *supra*.<br><br>**Zox LLC's Substantive Response:** Same response in relation to UF No. 3, *supra*. |
| 12. On or about April 25, 2013, Zox Straps acquires Zox International's U.S. Registration No. 2992108 via an assignment and notifies the Trademark Office of the same. | **Zox LLC's Supporting Evidence**: Pietrini Rep., ¶ 7.2, File history for U.S. application serial no. 85438231; Assignment dated April 25, 2013.<br><br>**Defendants' Dispute**: "The Zox Brothers dispute that the Kuipers properly acquired U.S. Registration No. 2992108 from Zox International via an assignment. Rather, the assignment was a "naked assignment" or an assignment in gross because the registration had been abandoned or was invalid because not all identified goods had been sold." |

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
| | **Defendants' Cited Evidence**: "Ex. 2 to Decl. of J. Zox; Katz. Decl. ¶ 3, Ex. A; Katz. Decl. ¶ 6, Ex. D." |
| | **Zox LLC's Objections:** Objection, there is no Ex. 2 to Decl. of J. Zox, declarant not qualified to make such a statement, improper legal opinion (Fed. R. Evid. 701) and improper opinion testimony of lay witnesses (Fed. R. Evid. 701); Objection, Katz. Decl. ¶ 3, Ex. A; Katz. Decl. ¶ 6, Ex. D. are irrelevant to the purported facts alleged (Fed. R. Evid. 402); any probative value of an attorney's allegation in a pleading, before discovery has even commenced, is substantially outweighed by unfair prejudice, misleading the trier of fact, and confusion of the issues (Fed. R. Evid. 403), not best evidence (Fed. R. Evid. 1002), assumes facts not in evidence (Fed. R. Evid. 611a). |
| | **Zox LLC's Substantive Response:** The assignment of the ZOX mark and '108 registration for clothing and apparel to Zox |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
|  | LLC's predecessor-in-interest was made in exchange for valuable consideration and expressly included the part of the assignor's "goodwill of the business symbolized by the [ZOX] trademark and registration therefor." (12/13/2021 Kuipers Decl., ¶ 26; Pietrini Rep., ¶ 7.2). |
| 13. On or about May 3, 2013, Zox Straps records the assignment of the '108 Reg. "together with the goodwill of the business symbolized by the above trademark and the corresponding registration therefor." | **Zox LLC's Supporting Evidence**: Kuipers Decl., ¶ 26, Pietrini Rep., ¶ 7.2<br><br>**Defendants' Dispute**: "The Zox Brothers dispute that the Kuipers acquired any goodwill connected with the '108 Reg. Rather, the assignment was a "naked assignment" or an assignment in gross."<br><br>**Defendants' Cited Evidence**: "Katz. Decl. ¶ 3, Ex. A; Katz. Decl. ¶ 6, Ex. D."<br><br>**Zox LLC's Objections:** Same objections as in response to UF No. 12, *supra*.<br><br>**Zox LLC's Substantive Response:** Same response in relation to UF No. 12, *supra*. |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
| 14.  On or about June 5, 2013, it is the Examining Attorney who, by an Examiner's Amendment, places in the record of the '231 Application that the '108 Reg. is a "prior registration." | **Zox LLC's Supporting Evidence**: Kuipers Decl., ¶ 27. <br><br> **Defendants' Dispute**: "The Zox Brothers dispute that the '108 Reg. was properly assigned to the Kuipers. Thus, the '108 Reg. is not a 'prior registration.'" <br><br> **Defendants' Cited Evidence**: "Katz. Decl. ¶ 3, Ex. A; Katz. Decl. ¶ 6, Ex. D." <br><br> **Zox LLC's Objections:** Same objections as in response to UF No. 3, *supra*. <br><br> **Zox LLC's Substantive Response:** Same response in relation to UF No. 3, *supra*. |
| 33.  The Zox Company made its first sales of ZOX clothing in 2011, and had sold its ZOX labeled clothing nationwide since 2011. | **Zox LLC's Supporting Evidence**: Kuipers Decl., ¶ 10, Email orders. <br><br> **Defendants' Dispute**: "The Zox Brothers dispute that the ZOX Company made its first sales of ZOX clothing in 2011. Documents identified by plaintiff show the possibility that plaintiff may have given t-shirts away in 2011. Documents produced |

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
|  | by plaintiff show that the first sales of any clothing products were not before 2015." |
|  | **Defendants' Cited Evidence**: "Kuiper Decl. Ex. 4, schedule 2(f) (showing no sales of clothing until 2015); Kuiper Decl. Ex. 2 (showing archived copy of Kuipers' website that does not exhibit clothing items in 2011 or 2012)." |
|  | **Zox LLC's Objections:** Objection, assumes facts not in evidence (Fed. R. Evid. 611a), any probative value is substantially outweighed by unfair prejudice, misleading the trier of fact, and confusion of the issues (Fed. R. Evid. 403). |
|  | **Zox LLC's Substantive Response:** Schedule 2(f) of Jason Kuiper's original Ex. 4, Katz's Exh. C, and Kuiper's Ex. 2 do not reflect all of Zox LLC's sales. As explained at deposition and in Jason Zox's Supplemental Declaration submitted herewith, Zox LLC has changed e-commerce platforms a few times, mostly |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190     FACSIMILE: (310) 394-4477
WWW.CISLO.COM

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
| | due to significant growth constraints since it would often find its site could not handle the amount of traffic it was getting on release days, forcing Zox LLC to look for platforms that could handle the volume. |
| | In 2011, it initially used PinnacleCart but outgrew that platform and, in 2013, switched to Jigoshop. Unfortunately, Jigoshop was not able to migrate the transaction history from the PinnacleCart years, and when Zox LLC moved again to WooCommerce in late 2013, it was not able to migrate the data from Jigoshop either. Jason Kuipers believes that shopping cart platforms at the time were in fierce competition; so, they made it as difficult as possible for a company to change platforms. Zox LLC continued to use WooCommerce until mid-2017, until its server costs grew too expensive to just keep the site up on release days. Zox, then, decided to switch to Shopify Plus, the same solution used by brands like Red Bull, Kraft, Adidas, and Fitbit. Although Zox LLC was able to migrate some of the sales |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
| | data from WooCommerce, it had not actively categorized by product types before around 2015.  As a result, many sales before 2015 do not show a category at all in Shopify. It is for this reason that Zox LLC is unable to provide complete and accurate sales histories of all of its ZOX products lines back before 2015.

   Also, Zox LLC does not categorize all of its goods in Shopify's standard defined categories either.  This is due to the way Zox LLC needs to use shortcuts called 'scripts' on Shopify to have shipping prices and discounts be appropriately added.  For example, a category titled "clothing" would not necessarily include all clothing or apparel items that the company has sold because "hoodies" is its own separate category. |
| 34.  The Zox Company's website zox.la was launched in 2011 | **Zox LLC's Supporting Evidence**: Kuipers Decl., ¶ 6, Wayback machine.

**Defendants' Dispute**: "The Zox Brothers dispute that the zox.la website was launched in 2011. Publicly available |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
| | records, including whois.com and archive.org show that the website was not registered until 2013." |
| | **Defendants' Cited Evidence**: "Katz. Decl. ¶ 4, Ex. B (whois.com showing not registered until 2013)." |
| | **Zox LLC's Substantive Response:** zox.la was preceded by zoxstraps.com, which was launched in 2011 and which now redirects to zox.la.  (Suppl. Decl. of Jason Kuipers, ¶¶ 3-4, and Exh. 1 thereto). |
| 39.  Zox.la, the website, offered for sale and fulfilled orders for bracelets and t-shirts in 2013 | **Zox LLC's Supporting Evidence**: Kuipers Decl., ¶ 6.<br><br>**Defendants' Dispute**: "Plaintiff has submitted no evidence to support that the Zox.la website offered for sale or fulfilled orders for bracelets or tshirts in 2013. The paragraph of the declaration cited below by plaintiffs does not refer to t-shirts, and neither does the exhibit which is cited by the paragraph of the declaration." |

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
| | **Defendants' Cited Evidence**: "Katz. Decl., ¶ 5, Ex. C." |
| | **Zox LLC's Objections:** Objection, Katz. Decl., ¶ 5 assumes facts not in evidence (Fed. R. Evid. 611a), any probative value is substantially outweighed by unfair prejudice, misleading the trier of fact, and confusion of the issues (Fed. R. Evid. 403). |
| | **Zox LLC's Substantive Response:** Same as Zox LLC's substantive response in relation to UF No. 33, *supra*. |
| 49.  For over ten years, Zox LLC, and its predecessors-in-interest, has used the mark ZOX on its website, in its web address www.zox.la, on its social media pages, including Facebook, Twitter, and Instagram, in its social media handles, and, of course, on its merchandise. | **Zox LLC's Supporting Evidence**: Kuipers Decl., ¶¶ 21, 33.  **Defendants' Dispute**: "The website www.zox.la came into existence less than 10 years ago."  **Defendants' Cited Evidence**: "Katz. Decl. ¶ 4, Ex. B."  **Zox LLC's Substantive Response:** zox.la was preceded by zoxstraps.com, which was |

-12-

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
| | launched in 2011 and which now redirects to zox.la.  (Suppl. Decl. of Jason Kuipers, ¶¶ 3-4, and Exh. 1 thereto). |
| 50.  After nearly a decade of marketing and sales, Zox LLC's sales of Zox-branded wristbands and clothing goods are considerable and undisputed, and its ZOX marks enjoy widespread recognition. | **Zox LLC's Supporting Evidence**: Kuipers Decl., ¶ 33.<br><br>**Defendants' Dispute**: "Zox LLC only began sales of Zox-branded clothing goods approximately six years ago.  The declaration paragraph cited below does not set forth any facts regarding Zox LLC's sales of Zox-branded wristbands or clothing goods. The declaration paragraph further does not set forth any facts regarding recognition of the ZOX marks."<br><br>**Defendants' Cited Evidence**: "Kuiper Decl. Ex. 4, schedule 2(f) (showing no sales of clothing until 2015); Kuiper Decl. Ex. 2 (showing archived copy of Kuipers' website that does not exhibit clothing items in 2011 or 2012); Katz. Decl., ¶ 5, Ex. C."<br><br>**Zox LLC's Objections:** Objection, assumes facts not in evidence (Fed. R. |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
| | Evid. 611a), any probative value is substantially outweighed by unfair prejudice, misleading the trier of fact, and confusion of the issues (Fed. R. Evid. 403). **Zox LLC's Substantive Response:** Same as Zox LLC's substantive response in relation to UF No. 33, *supra*. |
| 51.  Over the past decade, Zox LLC has built its business and around the ZOX brand. The company has spent these years investing in rights and creating recognition in the mark via its website, advertising platforms and social media. | **Zox LLC's Supporting Evidence**: Kuipers Decl., ¶ 34. **Defendants' Dispute**: "The paragraph of the Kuipers Decl. cited below does not set forth any facts regarding Zox LLC's investment in its rights, its website, advertising platforms or social media." **Defendants' Cited Evidence**: "The Zox Brothers do not provide evidence to contradict the statement contained in this paragraph.  Rather, they point out that paragraph of the declaration cited by plaintiff provides no support for the statement." |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
| | **Zox LLC's Substantive Response:** Ex. C to Katz.'s Decl., for one, shows significant sales over the past several years. |
| 52. Zox LLC was in fact selling each of the goods listed in each registration as of the dates Zox LLC filed each application, and Zox LLC continues to sell each of the goods listed in each of these federal trademark registrations to the present day. | **Zox LLC's Supporting Evidence**: Kuipers Decl. ¶ 34.

**Defendants' Dispute**: "The sales records provided by the Kuipers do not show that the Kuipers made sales of the following goods listed in at least the following trademark applications as of the date each application was filed: Reg. No. 4465691 (no shirts as of filing date); Reg. No. 4759961 (no shirts, pants, jackets, footwear, hats and caps, athletic uniforms as of filing date)."

**Defendants' Cited Evidence**: "Katz. Decl. ¶ 5, Ex. C."

**Zox LLC's Objections:** Objection, assumes facts not in evidence (Fed. R. |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190 · FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
| | Evid. 611a), any probative value is substantially outweighed by unfair prejudice, misleading the trier of fact, and confusion of the issues (Fed. R. Evid. 403).<br><br>**Zox LLC's Substantive Response:** Same as Zox LLC's substantive response in relation to UF No. 33, *supra*. |
| 53.  Zox LLC in fact has used ZOX strictly as a trademark. It never used ZOX to refer to John Zox or his name or likeness. | **Zox LLC's Supporting Evidence**: Kuipers Decl., ¶ 7-31.<br><br>**Defendants' Dispute**: "The Zox Brothers dispute that the Kuipers have never used the ZOX mark to refer to John Zox or his name or likeness. In addition to using John Zox's last name, the Kuipers have consistently used words, phrases, and images that imply a relationship to Mr. Zox and his music. The Kuipers have referred to their products as Zox Bands—creating an association with his ZOX band. They have referred to some of their products as "singles," a term primarily associated with the music industry.  Many of the images on the Kuipers' website resemble music album |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190     FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
| | covers, and one photograph on their website appears to mimic one of John Zox's publicity photos. In addition, the paragraphs of the Kuipers Decl. cited below does not set forth any facts regarding, or even mention, whether or not Zox LLC has used ZOX to refer to John Zox or his name or likeness." |
| | **Defendants' Cited Objection**: "No Evidence Supports Statement." |
| | **Defendants' Cited Evidence**: "J. Zox Decl., ¶ 21." |
| | **Zox LLC's Objections:** J. Zox Decl., ¶ 21, declaratory statement made during litigation by a party witness is not best evidence of the facts being alleged. |
| | **Zox LLC's Substantive Response:** Zox LLC's use of ZOX is strictly a trademark use, not a reference to John Zox, and Zox Brothers' purported dispute above is not genuine, not legitimate. |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190    FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
| 54. Prior to 2009, there was a music band comprised of John Zox, Eli Miller, Dan Edinberg and Spencer Swain called "ZOX"- the band broke up in 2008 | **Zox LLC's Supporting Evidence**: Kuipers Decl., ¶ 35, 36.<br><br>**Defendants' Dispute**: The Zox Brothers dispute that the ZOX Band broke up in 2008. The band has been in continuous existence since its founding.<br><br>**Defendants' Evidence**: J. Zox Decl. ¶ 6.<br><br>**Defendants' Cited Objection**: "Fed. R. Evid. 602, 801, 802."<br><br>**Zox LLC's Objections:** Objection, J. Zox Decl. ¶ 6, a statement made by party witness is not best evidence for alleging that the Zox band "has been in continuous existence since its founding."<br><br>**Zox LLC's Substantive Response:** The band broke up in or about 2008 and afterwards perhaps performed a reunion show in a small venue in 2009, and then again in 2010, 2011, and 2014. (12/13/2021 Kuipers Decl., ¶ 35 and Exh. 16 thereto.) |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190     FACSIMILE: (310) 394-4477
WWW.CISLO.COM

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
| 55.  Zox band claims that, while it was active, it sold t-shirts with various designs comprising "ZOX" on the front, but such use is ornamental in nature, not being used as a source identifier. | **Zox LLC's Supporting Evidence**: Kuipers Decl., ¶ 38.<br><br>**Defendants' Dispute**: "The Zox Brothers dispute that the use of the ZOX mark on tshirts was or is "ornamental in nature." Rather, the ZOX Band used the ZOX mark on t-shirts as a source identifier. In addition, the paragraph of the Kuipers Decl. cited below does not set forth any facts regarding, or even mention, whether the ZOX designs on t-shirts were ornamental or being used as a source identifier."<br><br>**Defendants' Cited Evidence**: "J. Zox Decl. ¶ 10."<br><br>**Defendants' Cited Objection**: "No evidence supports portion of statement."<br><br>**Zox LLC's Objections:** Objection, J. Zox Decl., ¶ 10 is not best evidence for the purported fact. |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
| | **Zox LLC's Substantive Response:** Zox Brothers provide no actual evidence, no documentary evidence, that they sold any t-shirts before 2016 or that the shirts used ZOX as a source identifier rather than mere decoration. |
| 56.  Post breakup in 2008- The Zox Band purports to have held a reunion show in 2009, 2010, 2011, and 2014 at "Lupos" in Rhode Island. Since 2014 the Zox Band has not performed live, anywhere. | **Zox LLC's Supporting Evidence**: Kuipers Decl., ¶ 35.<br><br>**Defendants' Dispute**: "The Zox Brothers dispute that the ZOX Band has not performed live since 2014. In fact, the ZOX Band performed in 2016."<br><br>**Defendants' Cited Evidence**: "J. Zox Decl. ¶ 6."<br><br>**Defendants' Cited Objection**: "602, 801, 802."<br><br>**Zox LLC's Objections:** Objection, J. Zox Decl., ¶ 6 is not best evidence for the purported fact.<br><br>**Zox LLC's Substantive Response:** |

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
|  | The "performance" in 2016 was at band member, Eli Miller's wedding.  It was not a paying audience, and no merchandise was sold there.  Declaration of Katherine Bond, at ¶ 3 and Exh. D at pp. 96:8 - 97:7. |
| 59.  As of 2015, the Zox band still owed its last record company SideOne Dummy Records at least $27,000.00. | **Zox LLC's Supporting Evidence**: Kuipers Decl., ¶ 38.

**Defendants' Dispute**: "The Zox Brothers dispute that the ZOX Band owed SideOne Dummy Record $27,000 or any amount. No money in any amount is owed to SideOneDummy Records.  As is common in the music industry, SideOneDummy advanced funds for some production and promotion costs. The amount of the funds that were advanced was tracked, and SideOneDummy was allowed to recoup those advanced funds from future royalties. That amount, however, was not any way a debt, amount owing, or other obligation from the ZOX band to SideOneDummy."

**Defendants' Cited Evidence**: "J. Zox Decl. ¶ 19." |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
| | **Defendants' Cited Objection**: "602." |
| | **Zox LLC's Objections:** Objection, J. Zox Decl., ¶ 19, declaration testimony of a party witness, is not best evidence for the purported fact. |
| 61.  Daniel Zox and Andrew Zox mainly produce short films. | **Zox LLC's Supporting Evidence**: Kuipers Decl., ¶¶ 40, 41.

**Defendants' Dispute**: "The Zox Brothers dispute that Daniel and Andrew Zox mainly produce short films."

**Defendants' Cited Evidence**: "D. Zox Decl., ¶ 2." |
| 63.  John Zox claims to have used ZOX for live performances of a musical group and sound recordings; Daniel and Andrew Zox claim to have used ZOX for various film and movie services. | **Zox LLC's Supporting Evidence**: Kuipers Decl., ¶ 43.

**Defendants' Dispute**: "The Zox Brothers dispute that they have only used the ZOX mark in connection with live performances, sound recordings, and film services. Rather, the Zox Brothers have used the ZOX mark in connection with a great |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
|  | variety of goods and services, including clothing, stickers, interactive media and online music." <br><br> **Defendants' Cited Evidence**: "J. Zox Decl. ¶ 10." <br><br> **Defendants' Cited Objection**: "No evidence supports statement." |
| 64. The Zox Brothers have produced no evidence sufficient to support a finding that there are any agreements between the different Zox Brothers and their alleged use of the term "Zox" or that any one owner has a right to control the quality of the services of any other brother. | **Zox LLC's Supporting Evidence**: Kuipers Decl., ¶ 43. <br><br> **Defendants' Dispute**: "The paragraph of the declaration cited by plaintiff does not relate to the factual assertion set forth. It relates to an entirely different topic.  In addition, the Daniel Zox and Andrew Zox work together on all of their projects." <br><br> **Defendants' Cited Evidence**: "D. Zox Decl., ¶ 5." <br><br> **Defendants' Cited Objection**: "No evidence supports statement." |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190     FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
|  | **Zox LLC's Substantive Response:** Zox Brothers do not dispute the uncontroverted fact that John Zox has no control whatsoever over Daniel or Andrew Zox's production services, and that Daniel or Andrew Zox has no control whatsoever over John Zox's live musical performances or sound recordings. |
| 72. Zox Brothers' documents show miniscule sales from the few reunion shows over 12½ years just prior to the present lawsuit (from 5/1/2008 to 11/1/2020) of merchandise, purportedly including clothing items. | **Zox LLC's Supporting Evidence**: Kuipers Decl. ¶¶ 74-76. [sic]<br><br>**Defendants' Dispute**: "Plaintiff provided no evidence to support this assertion. Plaintiff's separate statement cited to a non-existent paragraph of the Kuiper Declaration. This statement should be disregarded."<br><br>**Defendants' Cited Objection**: "No evidence supports statement."<br><br>**Zox LLC's Substantive Response:** Despite Zox LLC's formal written notice for the deposition of John Zox back in September 2021, Zox Brothers did not |

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
| | respond until November, offering only dates in December, resulting in delaying his deposition to December 14, 2021 -- one day after the Court's deadline for filing dispositive motions. Before his deposition testimony, the sales documents Zox Brothers' produced were unintelligible and unclear as to completeness.  Rather than risk submitting this evidence without knowing how to interpret it, Zox LLC decided at the shortly before filing to simplify the allegation as "miniscule sales" and have Zox Brothers address in their opposition or finally give Zox LLC the deposition of John Zox.

Rather than submit the sales records in its opposition, Zox Brothers forced Zox LLC to wait until this deposition.  Then, at his deposition, John Zox testified that his band's merchandise sales were indeed solely at their shows, that he had no shows in 2012, 2013, 2015, and 2016 (other than at bandmember Eli Miller's wedding at which no merchandise was sold), and that |

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
| | his Zazzle account commenced only in 2016.<br><br>As a result, Zox LLC now presents Zox Brothers' sole records of its alleged merchandise sales.  (*see*, UF Nos. 115-122, *infra*). |
| 73.  According to Zazzle, between May 2016 and November 1, 2020, the Zox band online store had miniscule sales. | **Zox LLC's Supporting Evidence**: Kuipers Decl. ¶¶ 74-76. [sic]<br><br>**Defendants' Dispute**: "Plaintiff provided no evidence to support this assertion. Plaintiff's separate statement cited to a non-existent paragraph of the Kuiper Declaration. This statement should be disregarded."<br><br>**Defendants' Cited Objection**: "No evidence supports statement."<br><br>**Zox LLC's Substantive Response:** Same as Zox LLC's substantive response in UF No. 72, *supra*. |
| 74. Zox Brothers' documents show miniscule sales over 12½ years just prior to the present lawsuit (from | **Zox LLC's Supporting Evidence**: Kuipers Decl. ¶¶ 74-76. [sic] |

CISLO & THOMAS LLP<br>Attorneys at Law<br>SUITE 1700<br>12100 WILSHIRE BLVD.<br>LOS ANGELES, CALIFORNIA 90025<br>TELEPHONE: (310) 979-9190    FACSIMILE: (310) 394-4477<br>WWW.CISLO.COM

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
| 5/1/2008 to 11/1/2020) of merchandise, purportedly including clothing items. | **Defendants' Dispute**: Plaintiff provided no evidence to support this assertion. Plaintiff's separate statement cited to a non-existent paragraph of the Kuiper Declaration. This statement should be disregarded.<br><br>**Defendants' Cited Objection**: "No evidence supports statement."<br><br>**Zox LLC's Substantive Response:** Same as Zox LLC's substantive response in UF No. 72, *supra*. |
| 75.  In fact, their sales over Zazzle until 2021 year were mostly to John Zox, himself. | **Zox LLC's Supporting Evidence**: Kuipers Decl. ¶¶ 74-76. [sic]<br><br>**Defendants' Dispute**: "Plaintiff provided no evidence to support this assertion. Plaintiff's separate statement cited to a non-existent paragraph of the Kuiper Declaration. This statement should be disregarded."<br><br>**Defendants' Cited Objection**: "No evidence supports statement." |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
| | **Zox LLC's Substantive Response:** Same as Zox LLC's substantive response in UF No. 72, *supra*. |
| 76.  According to Zazzle, sales have been minuscule since November 2, 2020. | **Zox LLC's Supporting Evidence**: Kuipers Decl. ¶¶ 74-76. [sic] <br><br> **Defendants' Dispute**: "Plaintiff provided no evidence to support this assertion. Plaintiff's separate statement cited to a non-existent paragraph of the Kuiper Declaration.  This statement should be disregarded." <br><br> **Defendants' Cited Objection**: "No evidence supports statement." <br><br> **Zox LLC's Substantive Response:** Same as Zox LLC's substantive response in UF No. 72, *supra*. |
| 77.  The purported merchandise sales by Zox Brothers were exceedingly small, after which the ZOX band broke up. | **Zox LLC's Supporting Evidence**: Kuipers Decl. ¶¶ 74-76. [sic] <br><br> **Defendants' Dispute**: Plaintiff provided no evidence to support this assertion. |

CISLO & THOMAS LLP
*Attorneys at Law*
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190    FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
|  | Plaintiff's separate statement cited to a non-existent paragraph of the Kuiper Declaration. This statement should be disregarded.<br><br>The Zox Brothers further dispute that the ZOX Band broke up. It never broke up and continues in existence through today.<br><br>**Defendants' Cited Evidence**: J. Zox Decl. ¶ 6.<br><br>**Defendants' Cited Objection**: "No evidence supports statement."<br><br>**Zox LLC's Substantive Response:** Same as Zox LLC's substantive response in UF No. 72, *supra*. |
| 84. Zox Brothers admit that, by 2013, they knew of Zox LLC as a result of what they referred to in their Counterclaims as "countless instances" of confusion. | **Zox LLC's Supporting Evidence**: Zox Brothers' Counterclaims, ¶ 77.<br><br>**Defendants' Dispute**: "The evidence cited by plaintiff does not support this statement. Plaintiff cites to paragraph 77 of the Counterclaim.  In that paragraph, the Zox |

| Zox LLC's Uncontroverted Facts that Defendants Dispute | Zox LLC's Evidence, Defendants' Disputes and Objections, and Zox LLC's Responses |
|---|---|
| | Brothers do not admit that, "by 2013, they knew of Zox LLC as of result of" "countless instances" of confusion. Instead, the paragraph states, in full: "The Kuipers Brothers' unauthorized use of the Infringing Marks has caused countless instances of actual confusion in the marketplace or misunderstanding as to the Kuipers Brothers' affiliation, connection or association with, or certification by the ZOX band and/or John Zox.'" **Defendants' Cited Evidence**: "Zox Brothers' Counterclaims, ¶ 77 (showing the absence of any such admission)." **Zox LLC's Substantive Response:** Defendants' cited evidence does not creat a genuine dispute as to this material fact, but rather, confirms that Zox LLC's UF No. 84 is uncontroverted. |

/// 
///

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

## II.    Plaintiff Zox LLC's Evidentiary Objections and Responses to Defendants' Statement of Additional Material Facts

| Defendants' Purported Additional Material Facts | Plaintiff's Evidentiary Objections and Response to Defendants' Proffered Evidence |
|---|---|
| 87.    John Zox is one of the founding member (*sic*) of the indie band ZOX, which began playing live performances in1998. | **Defendants' Proffered Evidence**: J. Zox Decl. ¶ 2.<br><br>**Zox LLC's Substantive Response**: Disputed. The declarant has provided no documentary evidence that live performances began in 1998. |
| 88.    Since 2001, ZOX has released four full-length albums, four EP albums, and eight singles. | **Defendants' Proffered Evidence**: J. Zox Decl. ¶ 3.<br><br>**Zox LLC's Substantive Response**: Disputed. The declarant has provided no documentary evidence in support of this claim. |
| 89.    From 1998 to 2009, ZOX had an extremely busy liveperformance schedule.  From 1998 to until mid-2002,Zox played 50-100 show annually. From mid-2002 through | **Defendants' Proffered Evidence**: J. Zox Decl. ¶ 4.<br><br>**Plaintiff's Evidentiary Objections**: Lacks foundation.  Fed. R. Evid. 602. |

CISLO & THOMAS LLP
*Attorneys at Law*
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190    FACSIMILE: (310) 394-4477
WWW.CISLO.COM

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Defendants' Purported Additional Material Facts | Plaintiff's Evidentiary Objections and Response to Defendants' Proffered Evidence |
|---|---|
| 2009, Zox had a grueling tour schedule, performing approximately 225 shows per year. | The statement lacks foundation because the declarant has failed to state that he has continuously been a member of the Zox band and therefore has personal knowledge of the events claimed during the time periods recited.<br><br>**Zox LLC's Substantive Response:** Disputed. The declarant has provided no documentary evidence in support of this claim. |
| 90.    ZOX has opened for, or toured with, bands such as The Black Eyed Peas, O.A.R., Rusted Root, Common, OK GO, The Roots, Everclear, Dispatch, Live, and Guster. Id. ZOX music has been featured on television shows including The Real World, Road Rules, and America'sNext Top Model, as well as in film and video. | **Defendants' Proffered Evidence**: J. Zox Decl. ¶ 5.<br><br>**Zox LLC's Substantive Response**: Disputed. The declarant has provided no documentary evidence in support of this claim. |

| Defendants' Purported Additional Material Facts | Plaintiff's Evidentiary Objections and Response to Defendants' Proffered Evidence |
|---|---|
| 91.    From 2009 until 2014, the band continued to perform at concerts. Since at least 2003, ZOX has sold and licensed its music and video recordings on media including CDs,DVDs, digital files, and through streaming platforms.<br><br>ZOX audio and video recordings are available on, among others, YouTube, Pandora, Spotify, Amazon Music, Tidal, Shazam, and Apple Music. One example can be seen at: https://www.youtube.com/watch?v=LejEjFxiRUQ. The music is currently streamed more than one million times annually. Although the band has not toured in some time, it has not broken up. A large concert appearance had been planned for 2020 in connection with a celebration for a large brewery. The concert was postponed because of the pandemic. | **Defendants' Proffered Evidence**: J. Zox Decl. ¶ 6.<br><br>**Plaintiff's Evidentiary Objections**: Lacks foundation.  Fed. R. Evid. 602.  Best evidence rule.  Fed. R. Evid. 1002.  Hearsay.  Fed. R. Evid. 803.<br><br>The statement lacks foundation because the declarant has failed to state that he has continuously been a member of the Zox band and therefore has personal knowledge of the events claimed during the time periods recited.  The statement also lacks foundation as the declaration has failed to establish that he has personal knowledge of the alleged 1 million annual streams.<br><br>The statement violates the best evidence rule because the alleged license agreements themselves are the best evidence of the purported licensing.  The statement further violates the best evidence rule as reports from third party music streaming services |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Defendants' Purported Additional Material Facts | Plaintiff's Evidentiary Objections and Response to Defendants' Proffered Evidence |
|---|---|
| | are the best evidence of the claimed 1 million annual streams.<br><br>The statement is hearsay as to the claim of 1 million streams annually. In making the claim, the declarant is offering facts purportedly contained in reports that are not before the Court.<br><br>**Zox LLC's Substantive Response:** Disputed. The John Zox Declaration contains no documentary evidence in support these claims. |
| 92.    ZOX has also continuously used the ZOX mark on websites and social media to promote the sale of its music. In August 2002, John Zox created the website www.zoxband.com, which includes information aboutthe band and links to download and purchase ZOX music. | **Defendants' Proffered Evidence**: J. Zox Decl. ¶ 7.<br><br>**Plaintiff's Evidentiary Objections**: Best evidence rule.  Fed. R. Evid. 1002.<br><br>The statement violates the best evidence rule because screenshots of the alleged websites and social media pages are the best evidence of the alleged use of the mark Zox. |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190     FACSIMILE: (310) 394-4477
WWW.CISLO.COM

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Defendants' Purported Additional Material Facts | Plaintiff's Evidentiary Objections and Response to Defendants' Proffered Evidence |
| --- | --- |
| | **Zox LLC's Substantive Response**: Disputed. The John Zox Declaration contains no documentary evidence in in support of support these claims. |
| 93.   John Zox has also used the ZOX Facebook page to promote the band's audio and video recordings since at least November 2007. | **Defendants' Proffered Evidence**: J. Zox Decl. ¶ 8. **Plaintiff's Evidentiary Objections**: Best evidence rule.  Fed. R. Evid. 1002. The statement violates the best evidence rule because screenshots of the alleged Facebook page and records from Facebook are the best evidence of the alleged use of the mark Zox since November of 2007. **Zox LLC's Substantive Response:** Disputed. The John Zox Declaration contains no documentary evidence in in support of support these claims. |
| 94.   Both the ZOX website and ZOX Facebook page continue to | **Defendants' Proffered Evidence**: J. Zox Decl. ¶ 9. |

| Defendants' Purported Additional Material Facts | Plaintiff's Evidentiary Objections and Response to Defendants' Proffered Evidence |
|---|---|
| promote ZOX music today, including ZOX'slatest album, "Lost and Found: B-Sides," released on January 11, 2021. | **Plaintiff's Evidentiary Objections**: Best evidence rule.  Fed. R. Evid. 1002.<br><br>The statement violates the best evidence rule because screenshots of the alleged Facebook page and Zox website are the best evidence of the alleged current use of the mark Zox.<br><br>**Zox LLC's Substantive Response:** Disputed: The John Zox Declaration contains no documentary evidence in in support of support these claims. |
| 95.    Since 1998, John Zox has continuously sold ZOX t- shirts, stickers, and other merchandise at concerts andover the internet, samples of which are shown in the photographs below. | **Defendants' Proffered Evidence**: J. Zox Decl. ¶ 9.<br><br>**Plaintiff's Evidentiary Objections**: Best evidence rule.  Fed. R. Evid. 1002.<br><br>The statement violates the best evidence rule because sales records are the best evidence of the alleged sales. |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Defendants' Purported Additional Material Facts | Plaintiff's Evidentiary Objections and Response to Defendants' Proffered Evidence |
|---|---|
| | **Zox LLC's Substantive Response:** **Disputed**: The John Zox Declaration contains no documentary evidence in in support of support these claims. |
| 96.    Since at least as early as 2006, Daniel and Andrew Zox have used the ZOX mark and variations thereof in connection with independent films and video production services. | **Defendants' Proffered Evidence**: D. Zox Decl. ¶ 2. **Zox LLC's Substantive Response:** **Disputed**: The Daniel Zox Declaration contains no documentary evidence in in support of support these claims. |
| 97.    In 2010, Daniel Zox launched the website www.zoxfilms.com to promote his independent film and video production services. | **Defendants' Proffered Evidence**: D. Zox Decl. ¶ 3. **Disputed**: The Daniel Zox Declaration contains no documentary evidence in in support of support this claim. |
| 98.    Since that time, Zox Films has continued to produce music videos, commercials, | **Defendants' Proffered Evidence**: D. Zox Decl. ¶ 4. |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190    FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Defendants' Purported Additional Material Facts | Plaintiff's Evidentiary Objections and Response to Defendants' Proffered Evidence |
|---|---|
| documentaries, and independent films. Between 2006 and 2011, Zox Films produced and distributed more than 15 films and videos. These films included "Galvanized," "Body Volume," "Momentum," and "Warrior," all of which are on www.zoxfilms.com.. | **Zox LLC's Substantive Response:**<br><br>**Disputed**: The Daniel Zox declaration is unsubstantiated.  There is no evidence in the record before the court that the claimed films exist.  Moreover, Daniel Zox failed to produce in response to Plaintiff's document requests, documents sufficient to substantiate that: each of the alleged films were made; the name Zox Films was used on each of the films; the alleged films were offered for sale and sold, in interstate commerce; and the revenues earned by Zox Films. |
| 99.    In 2012, Andrew Zox joined Zox Films and began producing and directing films in conjunction with Daniel Zox. | **Defendants' Proffered Evidence**: D. Zox Decl.  ¶ 4.<br><br>**Disputed**: The Daniel Zox declaration is unsubstantiated.  There is no documentary evidence in support of this claim. |
| 100.   Daniel and Andrew Zox's films have been featured at events including the Cannes Film Festival, | **Defendants' Proffered Evidence**: D. Zox Decl. ¶ 4; A. Zox Decl. ¶ 2. |

| Defendants' Purported Additional Material Facts | Plaintiff's Evidentiary Objections and Response to Defendants' Proffered Evidence |
|---|---|
| Festival Internacional de Cine de Cartagena de Indias (FICCI), Short Shorts Film Festival and Asia, the Palm Springs International ShortFest, the South by Southwest festival,Venice Biennial, Outfest, Seattle LGFF, Chicago Int'l REEL Shorts Festival, Athens Int'l Film Festival, Provincetown Film Festival, University of Chicago, and Northwestern University.  Their short film, "Ode toMalala," was shown at the United Nations. | **Zox LLC's Substantive Response:**<br><br>**Disputed**: The Andrew and Daniel Zox declarations provide no documentary evidence in support of this claim. |
| 101.   As of 2011, the band ZOX was among the top results for Google searches for "ZOX," and the band and its music had multiple results on the first page. | **Defendants' Proffered Evidence**: J. Zox Decl. ¶ 11.<br><br>**Plaintiff's Evidentiary Objections**: Lacks foundation.  Fed. R. Evid. 602.<br>Best evidence rule.  Fed. R. Evid. 1002.<br>Hearsay.  Fed. R. Evid. 803.<br>Improper opinion testimony.  Fed. R. Evid. 701-703. |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Defendants' Purported Additional Material Facts | Plaintiff's Evidentiary Objections and Response to Defendants' Proffered Evidence |
|---|---|
| | The declarant's testimony lacks foundation as the declarant does not testify that he personally performed or reviewed the alleged Google search results relied upon.

The testimony violates the best evidence rule as the search results themselves are the best evidence of what they show.

The declarant's testimony is hearsay because it purports to state the results of Google searches which are out of court statements.

The declarant's testimony is improper opinion as there is no showing that the declarant is qualified to opine on what is a "top result" in 2011.

**Zox LLC's Substantive Response:**

**Disputed**: There is no documentary evidence in the record supporting the declarant's claim. |

| Defendants' Purported Additional Material Facts | Plaintiff's Evidentiary Objections and Response to Defendants' Proffered Evidence |
|---|---|
| 102.   Beginning in 2013, John Zox began receiving texts and emails from fans asking about Zox Straps. The communications only mentioned wristbands and bracelets, and not clothing. The Zox Brothers were not aware of sales of clothing by the Kuipers at that time. | **Defendants' Proffered Evidence**: J. Zox Decl. ¶ 12.<br><br>**Plaintiff's Evidentiary Objections**: Best evidence rule.  Fed. R. Evid. 1002<br><br>The statement violates the best evidence rule as alleged texts and email themselves are the best evidence of what they contain.<br><br>**Disputed**: The John Zox declaration provides no documentary evidence in support of these claims. |
| 103.   As of 2013, Zox Straps/ZOX LLC only sold elastic wristbands. Records do not show sales of clothing until 2015. | **Defendants' Proffered Evidence**: Kuipers Decl. Ex. 4, Schedule 2(f) (showing no sales of clothing prior to 2015 and only minimal sales of clothing in 2015); J. Zox Decl. ¶ 13. |
| 104.   In March 2016, the Zox Brothers filed for the mark ZOX in connection with various goods and services including Andrew and | **Defendants' Proffered Evidence**: J. Zox Decl. ¶ 14. |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190    FACSIMILE: (310) 394-4477
WWW.CISLO.COM

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190    FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Defendants' Purported Additional Material Facts | Plaintiff's Evidentiary Objections and Response to Defendants' Proffered Evidence |
|---|---|
| Daniel Zox's film production businesses, John Zox's music business, and John Zox's clothing and accessories.  The PTO issued an office action refusing the application in view of a trademark registration owned by the Kuipers. This was the first time that the Zox Brothers learned that the Kuipers had any interest in clothing. (None of the Zox Brothers learned that the Kuipers were actually offering clothing for sale earlier than 2016.) John Zox then called Jason Kuipers to discuss reaching an agreement by which the Kuipers could consent to the registration of the Zox Brothers trademark application.  Mr. Kuipers would not agree todo so, and he also admitted to Mr. Zox he had been aware of the Zox band. | **Plaintiff's Evidentiary Objections**: Hearsay.  Fed. R. Evid. 803.  The statement is hearsay as to the claim "he [Jason Kuipers] also admitted to Mr. Zox he had been aware of the Zox band."  This is an out of court statement offered by the declarant to prove the truth of the matter asserted.  The statement "[n]one of the Zox brothers learned that the Kuipers were actually offering clothing for sale earlier than 2016" is also hearsay because the declarant, John Zox, is speaking for his brothers and thus is repeating what they told him, which are out of court statements offered for the truth of the matter asserted.  **Zox LLC's Substantive Response:** Disputed. John Zox called Jason Kuipers and requested that the Kuipers consent to registration of the '997 Application for "Accessories and outerwear, namely, caps, hats, head bands, sun visors, pouches, sunglasses, pocket protectors, eyewear retainers, scarves, bandanas, neckties, |

| Defendants' Purported Additional Material Facts | Plaintiff's Evidentiary Objections and Response to Defendants' Proffered Evidence |
|---|---|
| | bowties, belts, suspenders, mittens, gloves, pants, jeans, shorts, robes, dresses, skirts, kilts, sarongs, nightgowns, sweat pants, jogging suits, vests, jackets, coats, tracksuits, ponchos, ear muffs, neck warmers, socks, leg warmers, arm warmers, pantyhose, stockings, leotards, tights, and leggings," in Class 25. The Kuipers offered a limited license so that John Zox could sell fans certain clothing with the band's logo decoratively displayed on the front but refused to consent to registration of the '997 Application for the list of Class 25 goods. |
| 105.   As of today, wristbands and bracelets remain the Kuipers' number one seller under the ZOX mark. | **Defendants' Proffered Evidence**: Kuipers Decl. Ex. 4, Schedule 2(f) (showing wristbands and bracelets as the largest components of the Kuipers sales historically and through the present day) |
| 106.   The Kuipers expanded their use of the ZOX mark to include entertainment services in or about March or April of 2020. | **Defendants' Proffered Evidence**: Depo. of Brandon Kuipers at 88:21-93:19. |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Defendants' Purported Additional Material Facts | Plaintiff's Evidentiary Objections and Response to Defendants' Proffered Evidence |
|---|---|
|  | **Plaintiff's Evidentiary Objections**: Lacks foundation.  Fed. R. Evid. 602. Best Evidence.  Fed. R. Evid. 1002. Hearsay.  Fed. R. Evid. 803.<br><br>The statement lacks foundation because there is no supporting declaration containing the referenced pages of the Brandon Kuiper's deposition.  In addition, nothing on cited pages, i.e. pages 88:21-93:19 of the rough transcript refers to the Kuipers expanding use of the ZOX mark to include entertainment services.  Rather the cited testimony discusses the Kuipers' use of Facebook to market their brand.<br><br>The statement violates the best evidence rule as the pages of the deposition transcript containing the alleged statement are the best evidence.<br><br>The statement, being unsupported by a declaration containing the page of the deposition transcript reciting the alleged statement, is hearsay as it is an out of court |

| Defendants' Purported Additional Material Facts | Plaintiff's Evidentiary Objections and Response to Defendants' Proffered Evidence |
|---|---|
|  | statement offered for the truth of the matter asserted. |
| 107.   The Zox Brothers had no knowledge of the Kuipers' entertainment services until 2020. | **Defendants' Proffered Evidence**: J. Zox Decl. ¶ 15. |

**Plaintiff's Evidentiary Objections**: Lacks foundation.  Fed. R. Evid. 602.  Hearsay. Fed. R. Evid. 803.

The statement lacks foundation because the declarant fails to establish that he has personal knowledge of when his brothers learned that Plaintiff provided entertainment services.

The statement is also hearsay because John Zox is speaking for his brothers and thus is repeating what they told him, which are out of court statements offered for the truth of the matter asserted.

**Zox LLC's Substantive Response**: Disputed. There is no nonhearsay evidence in the record in support of the claim.

| Defendants' Purported Additional Material Facts | Plaintiff's Evidentiary Objections and Response to Defendants' Proffered Evidence |
|---|---|
| | |
| 108.   The Kuipers, in their petition to cancel the trademark ZOX owned by Zox International, alleged that the trademark was invalid because it had been abandonedand not all of the goods identified had been used. | **Defendants' Proffered Evidence**: Exh 2 to J. Zox Decl.<br><br>**Plaintiff's Evidentiary Objections**: Lacks foundation.  Fed. R. Evid. 602.  Best evidence rule.  Fed. R. Evid. 1002.<br><br>The statement lacks foundation as the declarant has failed to establish that he has read the referenced petition to cancel.  Moreover, the petition to cancel is itself the best evidence of what was alleged and the petition is not included in the John Zox declaration.  Defendants' statement cites to exhibit 2 of the John Zox declaration, but there is no exhibit 2 to the declaration. |
| 109.   The Zox Brothers were not aware of any use of the markZOX by Zox International or any other third party apparel, accessories, music, film, performance, or entertainment. | **Defendants' Proffered Evidence**: J. Zox Decl. ¶ 17.<br><br>**Plaintiff's Evidentiary Objections**: Lacks foundation.  Fed. R. Evid. 602.  Hearsay. Fed. R. Evid. 803. |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Defendants' Purported Additional Material Facts | Plaintiff's Evidentiary Objections and Response to Defendants' Proffered Evidence |
|---|---|
| | The statement lacks foundation because the declarant fails to establish that he has personal knowledge of when his brothers learned of the use of the mark ZOX by Zox International. |
| | The statement is also hearsay because John Zox is speaking for his brothers and thus is repeating what they told him, which are out of court statements offered for the truth of the matter asserted. |
| | **Zox LLC's Substantive Response**: Disputed.  There is no nonhearsay evidence in the record in support of the claim. |
| 110.   Jason Kuipers testified that sales of hoodies by the ZoxBrothers would take sales of hoodies from the Kuipers. | **Defendants' Proffered Evidence**: Depo. of JasonKuipers at 320:4-8. <br><br> **Plaintiff's Evidentiary Objections**: Lacks foundation.  Fed. R. Evid. 602. <br> Best Evidence.  Fed. R. Evid. 1002. <br> Hearsay.  Fed. R. Evid. 803. |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190     FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Defendants' Purported Additional Material Facts | Plaintiff's Evidentiary Objections and Response to Defendants' Proffered Evidence |
|---|---|
| | The statement lacks foundation because there is no supporting declaration containing the referenced pages of the Jason Kuiper's deposition. In addition, page 320 of the rough transcript does not address the sale of hoodies. Rather, the cited page addresses Zox LLC's use of the application "Stamped." |
| | The statement violates the best evidence rule as the pages of the deposition transcript containing the alleged statement are the best evidence. |
| | The statement, being unsupported by a declaration containing the page of the deposition transcript reciting the alleged statement, is also hearsay as it is an out of court statements offered for the truth of the matter asserted. |
| | **Zox LLC's Substantive Response**: Disputed. There is no non-hearsay evidence in the record in support of the claim. |

| Defendants' Purported Additional Material Facts | Plaintiff's Evidentiary Objections and Response to Defendants' Proffered Evidence |
|---|---|
| 111.   From early 2020 until the Kuipers filed the instant motion for summary judgment, all shirts, athletic apparel, and backpacks were listed as unavailable or not listed at all on the Kuipers website. It was only at the time of the filing of the motion that the items appeared available for sale on the website. | **Defendants' Proffered Evidence**: J. Zox Decl. ¶ 18.<br><br>**Plaintiff's Evidentiary Objections**: Best Evidence.  Fed. R. Evid. 1002.<br><br>The statement violates the best evidence rule as screenshots of the allegedly monitored website are the best evidence of what was or was not for sale.<br><br>**Zox LLC's Substantive Response**: Disputed. There is no documentary evidence in the record in support of the claim. |
| 112.   The PTO examining attorney expressly withdrew the refusal to register the Kuipers' first trademark application for ZOX STRAPS based on the representation that the Kuipers had become the owners of the Zox International registration. | **Defendants' Proffered Evidence**: Ex. 7 to Kuipers Decl. at ZOX02102.<br><br>**Plaintiff's Evidentiary Objections**: Mischaracterizes the Evidence.  Fed. R. Evid. 1002.<br><br>The statement mischaracterizes the evidence.  Exhibit 7 to Kuipers Declaration |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

CISLO & THOMAS LLP
*Attorneys at Law*
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Defendants' Purported Additional Material Facts | Plaintiff's Evidentiary Objections and Response to Defendants' Proffered Evidence |
|---|---|
| | is the file history for the prosecution of U.S. Trademark Application Serial No. 85438231 and page ZOX02102 is an Examiner's Amendment dated June 5, 2013.  The Amendment states: "Applicant is the owner of registration 2992108," and nothing more. The Examiner's Amendment speaks for itself and is the best evidence of what is contained therein. |

### III.    Plaintiff Zox LLC's Additional Uncontroverted Facts

| Zox LLC's Additional Uncontroverted Facts | Zox LLC's Evidence in Support of Uncontroverted Fact |
|---|---|
| 113.   Zox band and, later, Zox Brothers, have nothing to show that they ever cared to look to see if ZOX was available for clothing or accessories.  They claim they did not know of Zox International's use or registration of ZOX for a wide array of clothing and accessories in Class 25.  And they have presented no good explanation why. | **Zox LLC's Supporting Evidence**: Bond Decl., ¶ 17 and Exh. B at pp. 63:5 - 65:1 |

| Zox LLC's Additional Uncontroverted Facts | Zox LLC's Evidence in Support of Uncontroverted Fact |
|---|---|
| 114.   John Zox believes he came up with ZOX as a trademark and seeks to obtain compensation from Zox LLC's use of ZOX and even from any eventual sale of Zox LLC. | **Zox LLC's Supporting Evidence**: Bond Decl., ¶ 59 and Exh. B at pp. 48:18-49:8; and Jason Kuipers Decl. [Dkt. 72], ¶48, pp. 11:23-24 and 12:6-9. |
| 115.   Zox Brothers appear to have been on a mission to obtain deposition testimony from one of the Plaintiffs to the effect that Zox LLC had begun offering entertainment services. | **Zox LLC's Supporting Evidence**: Bond Decl., ¶ 71 and Exh. BB at pp. 81:18-84:15; and Exh. CC at pp. 110:8 - 118:18, and in particular, 110:8-118:2. |
| 116.   On September 17, 2021, I noticed the deposition for John Zox to take place on October 27, 2021. Nearly a month later, on October 15, counsel finally informed us the Zox Brothers were not available for the noticed dates.  Despite many attempts, counsel never proposed new dates until November 2, 2021, when they finally proposed Dec. 8, 10 and 14 for the three brothers. We immediately accommodated these dates, taking Andrew Zox's deposition on December 8, Daniel Zox's deposition on December 10, | |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Zox LLC's Additional Uncontroverted Facts | Zox LLC's Evidence in Support of Uncontroverted Fact |
|---|---|
| and John Zox's deposition on December 14.  Unfortunately, December 14 was the day after the Court's deadline for the parties to file their respective dispositive motions.  Thus, the testimony from John Zox was available Zox LLC only after the Court's deadline. | |
| 117.   John Zox testified that there is no way to tell from Exhibit 75 which merchandise items were sold in each line, but that it indeed constituted "the full credit card sales from [the 2014] show." | **Zox LLC's Supporting Evidence**: Bond Decl., ¶ 32 and Exh. B at pp. 279:4 - 282:11; and Exh. L (at ZOXBAND000652, which is Deposition Exhibit 75) |
| 118.   Zox Brothers' Exhibit 76 listed the last purported merchandise sale from the 2008 show as April 30, 2008. | **Zox LLC's Supporting Evidence**: Bond Decl., ¶ 32 and Exh. B at pp. 282:12 - 283:25; and Exh. L (at ZOXBAND000651, which is Deposition Exhibit 76) |
| 119.   Zox band did not have any shows in 2012, 2013, or 2015, and that he did not sell any clothing items at his 2016 show, which really was just his band member's wedding reception. | **Zox LLC's Supporting Evidence**: Bond Decl., ¶ 3 and Exh. B at pp. 96:8 - 97:7 |

| Zox LLC's Additional Uncontroverted Facts | Zox LLC's Evidence in Support of Uncontroverted Fact |
|---|---|
| 120.   For his purported shows in 2010 and 2011, he does not recall selling essentially any clothing merchandise. | **Zox LLC's Supporting Evidence**: Bond Decl., ¶ 24 and Exh. B at pp. 97:25 - 100:20 |
| 121.   John Zox also claims that he has sold merchandise through Zazzle.com since 2016.  Zox LLC nevertheless had to subpoena these records from Zazzle itself, which show just $219 in sales of any merchandise from inception to the day Zox LLC precipitated this action by filing its notice of opposition to Mr. Zox's '839 federal trademark application. | **Zox LLC's Supporting Evidence**: Bond Decl., ¶ 25 and Exh. B at pp. 72:4-76:10 and Exh. 31 to the 12/23/2021 Jason Kuipers declaration (the Zazzle spreadsheet) |
| 122.   In sum, Zox Brothers' merchandise sales -- even if taken in the light most favorable to Zox Brothers -- were indeed "miniscule" by any definition -- amounting to just $2135 of revenue over the 11½ years preceding the dispute (May 1, 2008 - December 10, 2019) that precipitated the present action. | **Zox LLC's Supporting Evidence**: Bond Decl., ¶ 29 and Exh. B at pp. 75:1 - 79:3, 80:15 - 82:14; 279:4 -283:25; Exh. L; and Exh. 31 to Jason Kuipers' 12/13/2021 depo. [the Zazzle spreadsheet] |
| 123.   The Zox Brothers learned about Zox LLC in 2013 but never | **Zox LLC's Supporting Evidence**: Bond Decl., ¶ 71 and Exh. B at pp. 20:14-21:5 |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

| Zox LLC's Additional Uncontroverted Facts | Zox LLC's Evidence in Support of Uncontroverted Fact |
|---|---|
| acted on it, even after the U.S. Patent and Trademark Office granted Zox LLC a federal trademark registration for ZOX for shirts in Class 25 on January 14, 2014. | |
| 124.   Zox LLC, though its predecessors-in-interest, began selling wristbands under the ZOX mark in 2011 | **Zox LLC's Supporting Evidence**: Suppl. Decl. of Jason Kuipers, ¶¶ 3-4 and Exh. 1 thereto |
| 125.   Zox LLC, though its predecessors-in-interest, began giving away and then selling shirts under the ZOX mark later in 2011 and continued in 2012 and thereafter. | **Zox LLC's Supporting Evidence**: Suppl. Decl. of Jason Kuipers, ¶¶ 5-8 and Exhs. 2-4 thereto |
| 126.   Zox LLC in fact produced numerous sample orders showing the sales of shirts from 2012 to 2013. | **Zox LLC's Supporting Evidence**: Suppl. Decl. of Jason Kuipers, ¶ 11 and Exh. 38 thereto |
| 127.   Zox LLC has changed e-commerce platforms a few times, mostly due to significant growth constraints since it would often find its site could not handle the amount of traffic it was getting on release | **Zox LLC's Supporting Evidence**: Suppl. Decl. of Jason Kuipers, ¶ 9 |

-54-

| Zox LLC's Additional Uncontroverted Facts | Zox LLC's Evidence in Support of Uncontroverted Fact |
|---|---|
| days, forcing Zox LLC to look for platforms that could handle the volume.

     In 2011, Zox LLC initially used PinnacleCart but outgrew that platform and, in 2013, switched to Jigoshop.  Unfortunately, Jigoshop was not able to migrate the transaction history from the PinnacleCart years, and when Zox LLC moved again to WooCommerce in late 2013, it was not able to migrate the data from Jigoshop either.  Jason Kuipers believes that shopping cart platforms at the time were in fierce competition; so, they made it as difficult as possible for a company to change platforms. Zox LLC continued to use WooCommerce until mid-2017, until its server costs grew too high just to keep the site up on release days.

     Zox, then, decided to switch to Shopify Plus, the same solution used by brands like Red Bull, Kraft, | |

| Zox LLC's Additional Uncontroverted Facts | Zox LLC's Evidence in Support of Uncontroverted Fact |
|---|---|
| Adidas, and Fitbit. Although Zox LLC was able to migrate some of the sales data from WooCommerce, it had not actively categorized by product types before around 2015. As a result, many sales before around 2015 do not show a category at all in Shopify. It is for this reason that Zox LLC is unable to provide complete and accurate sales histories of all of its ZOX products lines back before 2015. | |
| 128.   Also, Zox LLC, even to this day, does not categorize all of its goods in Shopify's standard defined categories either.  This is due to the way Zox LLC needs to use shortcuts called 'scripts' on Shopify to have shipping prices and discounts be appropriately added. For example, a category titled "clothing" would not necessarily include all clothing or apparel items that the company has sold because "hoodies" is its own separate category. | **Zox LLC's Supporting Evidence**: Suppl. Decl. of Jason Kuipers, ¶ 12 |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

1
2          RESPECTFULLY SUBMITTED,
3
4          CISLO & THOMAS LLP
5   Dated:     January 3, 2022          /s/Kelly W. Cunningham
6                                       Daniel M. Cislo, Esq.
                                        Katherine M. Bond, Esq.
7                                       David B. Sandelands, Esq.
                                        Kelly W. Cunningham, Esq.
8                                       Attorneys for Plaintiff/Counter-defendant
9                                       Zox LLC
10                                      Third Party Defendants
                                        Jason Kuipers, Brandon Kuipers, and
11                                      Jordan Kuipers
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BLVD.
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477
WWW.CISLO.COM

**PROOF OF SERVICE**

I am over the age of eighteen (18) years, employed in the County of Los Angeles, and not a party to the above-entitled action. My business address is 12100 Wilshire Blvd., Suite 1700, Los Angeles, CA 90025-7103.

On Monday, January 7, 2022, I served the foregoing document, entitled,

**PLAINTIFF ZOX LLC'S RESPONSES TO DEFENDANTS' DISPUTES AND EVIDENTIARY OBJECTIONS TO ZOX LLC'S UNCONTROVERTED FACTS, ZOX LLC'S EVIDENTIARY OBJECTIONS AND RESPONSES TO DEFENDANTS' STATEMENT OF ADDITIONAL MATERIAL FACTS, AND ZOX LLC'S ADDITIONAL UNCONTROVERTED FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

to be sent by ECF electronic mail to the following:

Michael K. Friedland, Esq.
Lauren Keller Katzenellenbogen, Esq.
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
michael.friedland@knobbe.com
lauren.keller@knobbe.com

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on Monday, January 7, 2022, at Westlake Village, California,

/s/Laura Banuelos
Laura Banuelos

-58-