JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-1609 PA (SKx) | Date | March 17, 2022 |
|---|---|---|---|
| Title | Zox LLC v. John Zox, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman (video) | Laura Elias (video) |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Daniel Miles Cislo (video)<br>Katherine Bond (video) | Lauren Katzenellenbogen (video)<br>Michael Friedland (video) |

**Proceedings:** STATUS CONFERENCE by ZOOM

The parties have reached a settlement. Each party states their understanding and approval of the essential terms of the settlement. The Court dismisses this action without prejudice subject to either party reopening the action on or before March 28, 2022. The Court retains jurisdiction for purposes of enforcing the settlement until March 28, 2022. After March 28, 2022, absent a further order of the Court, the Clerk is ordered to dismiss this action with prejudice. All other dates in this action, including the trial date are vacated. The Court orders the term sheet be attached to the transcript and orders both documents sealed.

IT IS SO ORDERED

|  | : | 22 |
|---|---|---|
| Initials of Preparer | | kss |