**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOX LLC, | CV 21-1609 PA (SKx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| JOHN ZOX, DANIEL ZOX, ANDREW ZOX, and DOES 1-10, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | |

Pursuant to the Court's March 17, 2022 Minute Order, the Court's April 12, 2022 Minute Order, and the parties' settlement agreement (Docket No. 207), which is incorporated by reference into this Judgment as if fully stated in this Judgment, it is HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice pursuant to the terms of the settlement agreement between the parties.

DATED: April 12, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE